## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### Southern Division

| | |
|---|---|
| JACQUELINE VALRIE, individually and on behalf of all similarly situated individuals </br></br>    Plaintiff, </br></br> v. </br></br> NATIONSTAR MORTGAGE, LLC, </br></br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. 11-00404 |

## DEFENDANT NATIONSTAR MORTGAGE, LLC'S
## <u>MOTION TO DISMISS</u>

Comes now Defendant NationStar Mortgage, LLC ("NationStar") and, pursuant to Federal Rule of Civil Procedure 12(b), moves the Court to dismiss the Complaint filed by Plaintiff Jacqueline Valrie, individually and on behalf of all similarly situated individuals. For the reasons set forth in its accompanying Brief in Support of Motion to Dismiss, NationStar respectfully requests that the Court dismiss all claims asserted by Plaintiff with prejudice, awarding NationStar its costs and fees incurred in defending this matter, and granting whatever other legal or equitable relief the Court deems appropriate.

Respectfully submitted,

*/s/ J. Blair Newman*
EDWARD S. SLEDGE, III  (SLEDE7917)
esledge@mcdowellknight.com
J. BLAIR NEWMAN, JR.  (NEWMJ8590)
bnewman@mcdowellknight.com
*Attorneys for NationStar Mortgage, LLC*

OF COUNSEL:

**McDOWELL KNIGHT ROEDDER
& SLEDGE, L.L.C.**
Post Office Box 350
Mobile, Alabama 36601
Phone: 251-432-5300
Fax: 251-432-5303


John C. Lynch (*Not admitted to practice by AL Bar*)
Jon S. Hubbard (*Not admitted to practice by AL Bar*)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Telephone:  (757) 687-7765
Facsimile:   (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jon.hubbard@troutmansanders.com
*Counsel for NationStar Mortgage, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of September, 2011, a true and correct copy of the foregoing was served on the following via the court's electronic system and/or registered mail.

Kenneth J. Riemer, Esq.
Earl P. Underwood, Jr., Esq.
Underwood & Riemer, P.C.
*Counsel for Plaintiff*
21 South Section Street
Fairhope, AL  36532
Telephone: (251) 990-5558
Facsimile: (251) 990-0626
Email: kjr@alaconsumerlaw.com
Email: epunderwood@alalaw.com

                                                */s/ J. Blair Newman*
                                                J. Blair Newman