IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JACQUELINE VALRIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 11-00404-N |
| | ) | |
| ADDUS HEALTHCARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

A joint motion (doc. 20) has been filed by the parties seeking an extension of time to respond and thereafter to reply to the motion to dismiss (docs 14-15) filed by NationStar Mortgage, LLC ("NationStar"), the defendant herein, on September 19, 2011. The plaintiff seeks an extension of twenty (20) days from the present deadline of September 30, 2011, to respond to NationStar's motion, while NationStar also seeks twenty (20) days thereafter within which to reply.   It is **ORDERED** that the joint motion be and is hereby **GRANTED.**   The  plaintiff must now **RESPOND** in writing to NationStar's  motion to dismiss by **no later than October 20, 2011** and NationStar's **REPLY** is now due **no later than November  9, 2011**, at which time the motion will be taken under submission.

**Done** this 28th  day of September, 2011.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**