IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACQUELINE VALRIE , individually and on behalf of all similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 11-00404-CG-N<br>)<br>)<br>)<br>) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 9, 2012, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that defendant's motion to dismiss (Docs. 9-10) be and is hereby **DENIED**.

The defendant is **ORDERED** to file its answer to the complaint fourteen (14) days after entry of this order on the docket.

**DONE** and **ORDERED** this the 3rd day of February, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE