IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JACQUELINE VALRIE, individually and on behalf of all similarly situated individuals,** ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 11-0404-CG-N |
| **NATIONSTAR MORTGAGE, LLC,** ) ) | |
| Defendant. ) | |

### FINAL JUDGMENT

In accordance with the order granting Defendant's motion for summary judgment (Doc. 83), it is **ORDERED, ADJUDGED** and **DECREED** that the plaintiff's claims against defendant, Nationstar Mortgage, LLC are hereby **DISMISSED WITH PREJUDICE**.  Costs are taxed against the plaintiff.

**DONE and ORDERED** this 3rd day of December, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE